USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2203 JAMSHED ANVARI, Plaintiff, Appellant, v. UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, WILLIAM A. CONTE, EDITH NOURSE ROGERS VETERANS ADMINISTRATION HOSPITAL, FRANCES JULIE FUSCO, JOEL ARNOLD, MICHAEL CAREY, JOAN MILNER AND UNITED STATES, Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nancy Gertner, U.S. District Judge] Before Selya, Circuit Judge, Bownes, Senior Circuit Judge, and Stahl, Circuit Judge.     Jamshed Anvari on brief pro se. Donald K. Stern, United States Attorney, and Michael J.Pineault, Assistant U.S. Attorney, on brief for appellees.July 15, 1999  Per Curiam. Pro se plaintiff Jamshed Anvari appeals a district court order that summarily dismissed his complaint  based on the defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (5), and (6). Having thoroughly reviewed the record and the parties' briefs on appeal, we conclude that the order of dismissal is correct. Plaintiff's claims are wholly preempted by the remedies available to him under civil service law. See, e.g., Berry v. Hollander, 925 F.2d 311, 314-16 (9th Cir. 1991); Heaney v. United States Veterans Administration, 756 F.2d 1215, 1220 (5th Cir. 1985); Premachandra v. United States, 739 F.2d 392, 394 (8th Cir. 1984); Roth v. United States, 952 F.2d 611, 614 (1st Cir. 1991); Berrios v. Dep't of the Army, 884 F.2d 28, 30 (1st Cir. 1989); Maniktahla v. John J. Pershing VA Medical Center, 967 F. Supp. 379, 381-82 (E.D. Mo. 1997); Hicks v. Brown 929 F. Supp. 1184, 1187-89 (E.D. Ark. 1996); Gregor v. Derwinski, 911 F. Supp. 643 (W.D.N.Y. 1996).  Consequently, we need not address the parties' remaining arguments. Affirmed. See Local Rule 27.1.